## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| FELIX SANTANA CORDOVA, and | : | CASE NO. 22-40271- BEM |
| KRISTA RENEE CORDOVA, | : | |
| | : | |
| DEBTOR. | : | |
| MARY IDA TOWNSON | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT. | : | |
| -vs- | : | CONTESTED MATTER |
| | : | |
| FELIX SANTANA CORDOVA, | : | |
| KRISTA RENEE CORDOVA, | : | |
| | : | |
| RESPONDENT. | : | |

### NOTICE OF MOTION TO EXTEND
### DEADLINE TO OBJECT, & FOR HEARING

On June 21, 2022, the United States Trustee filed a Motion for Extension of Time to File a Motion to Dismiss Pursuant to 11 U.S.C. § 707 and an Objection to Discharge Pursuant to 11 U.S.C. § 727. Pursuant to General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk at** United States Bankruptcy Court**,** Room 339, 600 East First Street, Rome, Georgia 30161-3187; and serve a copy on the movant's attorney, Vanessa A. Leo, 362 Richard Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303; and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the pleading has been scheduled for **July 20, 2022 at 9:25 a.m.,** in Courtroom 342, United States Courthouse, 600 East First Street, Rome, GA 30161. If an objection or response is timely filed and served, the hearing will proceed as scheduled.  The calendar call will be telephonic and matters to heard will be heard in Judge Ellis-Monro's virtual hearing room. Please check Judge Ellis-Monro's website (https://www.ganb.uscourts.gov/content/honorable-barbara-ellismonro) prior to the hearing for information about procedures. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place scheduled.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated: June 21, 2022

MARY IDA TOWNSON
UNITED STATES
TRUSTEE REGION 21

By: /s/ Vanessa A. Leo
Vanessa A. Leo
Georgia Bar No. 410598
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
202-567-1504
Vanessa.A.Leo@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| FELIX SANTANA CORDOVA, and | : | CASE NO. 22-40271- BEM |
| KRISTA RENEE CORDOVA, | : | |
| | : | |
| _____ DEBTOR. | : | _____ |
| MARY IDA TOWNSON | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT. | : | |
| -vs- | : | CONTESTED MATTER |
| | : | |
| FELIX SANTANA CORDOVA, | : | |
| KRISTA RENEE CORDOVA, | : | |
| | : | |
| RESPONDENT. | : | |

**UNITED STATES TRUSTEE'S  MOTION FOR EXTENSION OF TIME TO**
**FILE A MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707**
**AND AN OBJECTION TO DISCHARGE PURSUANT TO 11 U.S.C. § 727**

Mary Ida Townson, United States Trustee for Region 21, and pursuant to Rules 1017(e) and 4004(b) of the Federal Rules of Bankruptcy Procedure, moves the Court to enter an order extending the deadlines for filing a motion to dismiss pursuant to section 707 of the Bankruptcy Code and a complaint objecting to Debtor's discharge pursuant to section 727 of the Bankruptcy Code. In support thereof, the United States Trustee shows the Court as follows:

1.      On March 4, 2022,  Felix Santana Cordova and Krista Renee Cordova ("Debtors") filed a voluntary petition for relief under Chapter 7 of Title 11, United States Code.

2.      Debtors are individuals and their petition indicates their debts are primarily consumer debts.

3.      In addition to their petition, Debtors filed schedules of their assets, debts,

income, and expenses, and a statement of financial affairs.

4.        On April 7, 2022 the Office of the United States Trustee advised the Debtors'

counsel that this case was being investigated under sections 707 and 727 and requested additional

information from Debtors.

5.        The United States Trustee issued a written request for the Debtors to produce the

following information:

- reasons for filing chapter 7;
- a statement describing any special circumstances;
- copies of the 2020  and 2021 (if filed) federal and state income tax returns
  with all schedules, statements, w-2s, 1099s, k-1s, etc., of the Debtors;
  - in the event the debtors have not filed 2021 federal and state income
    tax returns, then provide a copy of the 2019 return.
  - in the event the Debtors filed taxes separately, provide the separate
    tax returns.
- copies of statements for all of Debtors' accounts (personal, business,
  checking, savings, money market, etc.) for the period of January 1, 2021
  through April 5, 2022, including a check register detailing the check
  number, date, payee, amount, and purpose of payment and an explanation
  for all deposits which are not self-explanatory (i.e. payroll direct deposit);
- each payment advice received by Debtors with pay dates August 1, 2021
  through the April 5, 2022;
- identify and explain/provide documentation for property held by the
  debtors for Jasmon Frayre (SOFA, Part 9, Question 23);
- documentation and explanation for the following items:
  - Schedule J
    - Line 6c –  Telephone, cell phone, Internet, satellite, and
      cable services $ 850.00;
    - Line 7. Food and housekeeping supplies  $ 3,097.40
    - Line 15c – Vehicle insurance;
    - Line 17a – Vehicle installment payment $640.00;
    - Line 17b – Vehicle installment payment $600.00;

6.        The United States Trustee requested a response to the initial inquiry no later than

April 19, 2022.

7.        As of April 7, 2022, the counsel for the Debtors provided an incomplete

response.

8.      On April 25, 2022 United States Trustee made a second request to counsel for the Debtors to supply the 2021 federal and state income tax returns with all schedules, statements, w-2s, 1099s, k-1s, etc.,  FIRST BANK account (accounts ending 5096, 5420, and4317), and statements for all  of the <u>Debtors' accounts (personal, business, checking, savings, money market, etc.) for the period January 1, 2021 through present,</u> including a check register detailing the check number, date, payee, amount, and purpose of payment and an <u>explanation for all deposits which are not self-explanatory</u> (i.e. payroll direct deposit) and documentation of the expenses on Schedule J outlined *supra*.

9.      On June 21, 2022 the United States Trustee made a third  request to counsel for the Debtors to supply the outstanding documentation *supra*.

10.     To date, counsel for the Debtors has failed to provide a response to the United States Trustee inquiry.

11.     Without the requested documents and information, the United States Trustee is unable to complete her review of Debtors' case.

12.     Federal Rule of Bankruptcy Procedure 1017(e) provides that, "except as otherwise provided in § 704(b)(2), a motion to dismiss a case for abuse under § 707(b) or (c) may be filed only within 60 days after the first date set for the meeting of creditors under § 341, unless, on request filed before the time has expired, the court for cause extends the time for filing the motion to dismiss."

13.     The United States Trustee is unable to complete her review of Debtors' case in the absence of verification of the Debtors' income, expenses, and certain financial transactions and as such contends that cause exist to grant this Motion to Extend Time to File 707(b) Motion and 727 Complaint.

14.     The United States Trustee requests the deadlines for filing a motion under section 707 and a complaint under section 727 be extended so that the United States Trustee may complete her review of this case. The United States Trustee further requests that in the event this case is converted to chapter 13 and later reconverted to chapter 7, the Court extend the deadline for filing a motion to dismiss pursuant to section 707(b) to a date that is approximately 90 days after entry of the order reconverting the case to chapter 7.

WHEREFORE, the United States Trustee respectfully requests the Court enter an order extending deadlines for filing a motion to dismiss pursuant to section 707 of the Bankruptcy Code and a complaint objecting to the debtor's discharge pursuant to section 727 of the Bankruptcy Code through September 21, 2022.

MARY IDA TOWNSON
UNITED STATES
TRUSTEE REGION 21
By:_____/s/_____
        Vanessa A. Leo
        Georgia Bar  No. 410598
        Trial Attorney
        United States Department of Justice
        Office of the United States Trustee
        362 Richard Russell Building
        75 Ted Turner Drive, SW
        Atlanta, Georgia 30303

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Notice of Motion, Motion for Extension of Time to File a Motion to Dismiss Pursuant to 11 U.S.C. § 707 and an Objection to Discharge Pursuant to 11 U.S.C. § 727* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program or by first class mail as indicated below:

Kimberly E. Hall     khall104@aol.com, shirleyvarnado@att.net;spygirl104@aol.com
Vanessa A. Leo     ustpregion21.at.ecf@usdoj.gov, Vanessa.A.Leo@usdoj.gov
Tracey L. Montz     traceymontz@yahoo.com, tlm@trustesolutions.net
Office of the United States Trustee     ustpregion21.at.ecf@usdoj.gov
Dan Saeger     dan@whitfieldcountylaw.com, G64511@notify.cincompass.com

I further certify that on this day, I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties at the address shown for each.

Felix Santana Cordova
3076 Dogwood Valley Rd
Tunnel Hill, GA 30755-7902

Krista Renee Cordova
3076 Dogwood Valley Rd
Tunnel Hill, GA 30755-7902

Dated: June 21, 2022

                              /s/
                              Vanessa A. Leo
                              Georgia Bar  No. 410598
                              Trial Attorney
                              United States Department of Justice
                              Office of the United States Trustee
                              362 Richard Russell Building
                              75 Ted Turner Drive, SW
                              Atlanta, Georgia 30303
                              (205) 567-1504