**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| FELIX SANTANA CORDOVA, and | : | CASE NO. 22-40271- BEM |
| KRISTA RENEE CORDOVA, | : | |
| | : | |
| DEBTOR. | : | |
| MARY IDA TOWNSON | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT. | : | |
| -vs- | : | CONTESTED MATTER |
| | : | |
| FELIX SANTANA CORDOVA, | : | |
| KRISTA RENEE CORDOVA, | : | |
| | : | |
| RESPONDENT. | : | |

**NOTICE OF MOTION TO DISMISS**
**DEADLINE TO OBJECT, & FOR HEARING**

On June 27, 2022, the United States Trustee filed a Motion to Dismiss Case for Cause. Pursuant to General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk at United States Bankruptcy Court, Room 339, 600 East First Street, Rome, Georgia 30161-3187; and serve a copy on the movant's attorney, Vanessa A. Leo, 362 Richard Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303**; and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the pleading has been scheduled for **July 20, 2022 at 9:25 a.m.,** in Courtroom 342, United States Courthouse, 600 East First Street, Rome, GA 30161. If an objection or response is timely filed and served, the hearing will proceed as scheduled. The calendar call will be telephonic and matters to heard will be heard in Judge Ellis-Monro's virtual hearing room. Please check Judge Ellis-Monro's website (https://www.ganb.uscourts.gov/content/honorable-barbara-ellismonro) prior to the hearing for information about procedures. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place scheduled.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated: <u>June 27, 2022</u>

                        MARY IDA TOWNSON
                        UNITED STATES
                        TRUSTEE REGION 21

                        By: <u>/s/ Vanessa A. Leo</u>
                        Vanessa A. Leo
                        Georgia Bar No. 410598
                        United States Department of Justice
                        Office of the United States Trustee
                        362 Richard Russell Building
                        75 Ted Turner Drive SW
                        Atlanta, Georgia 30303
                        202-567-1504
                        Vanessa.A.Leo@usdoj.gov

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| FELIX SANTANA CORDOVA, and | : | CASE NO. 22-40271- BEM |
| KRISTA RENEE CORDOVA, | : | |
| | : | |
| DEBTOR. | : | |
| MARY IDA TOWNSON | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT. | : | |
| -vs- | : | CONTESTED MATTER |
| | : | |
| FELIX SANTANA CORDOVA, | : | |
| KRISTA RENEE CORDOVA, | : | |
| | : | |
| RESPONDENT. | : | |

**MOTION TO DISMISS CASE FOR CAUSE**

Mary Ida Townson, United States Trustee for Region 21, moves this Court to dismiss this case for cause pursuant to Bankruptcy Code section 707(a). In support of her motion, the United States Trustee shows as follows:

**Statement of Facts in Support of Motion**

1. On March 4, 2022, Felix Santana Cordova and Krista Renee Cordova ("Debtors") filed a voluntary petition for relief under Chapter 7 of Title 11, United States Code.

2. Debtors are individuals and their petition indicates their debts are primarily consumer debts.

3. In addition to their petition, Debtors filed schedules of their assets, debts, income, and expenses, and a statement of financial affairs.

4. The United States Trustee appointed Tracey L. Montz to serve as Chapter 7

Trustee in this case, and she continues to serve in that capacity.

5. On April 7, 2022 the Office of the United States Trustee advised the Debtors' counsel that this case was being investigated under sections 707 and 727 and requested additional information from Debtors.

6. The United States Trustee issued a written request for the Debtors to produce the following information:

- reasons for filing chapter 7;
- a statement describing any special circumstances;
- copies of the 2020 and 2021 (if filed) federal and state income tax returns with all schedules, statements, w-2s, 1099s, k-1s, etc., of the Debtors;
    - in the event the debtors have not filed 2021 federal and state income tax returns, then provide a copy of the 2019 return.
    - in the event the Debtors filed taxes separately, provide the separate tax returns.
- copies of statements for all of Debtors' accounts (personal, business, checking, savings, money market, etc.) for the period of January 1, 2021 through April 5, 2022, including a check register detailing the check number, date, payee, amount, and purpose of payment and an explanation for all deposits which are not self-explanatory (i.e. payroll direct deposit);
- each payment advice received by Debtors with pay dates August 1, 2021 through the April 5, 2022;
- identify and explain/provide documentation for property held by the debtors for Jasmon Frayre (SOFA, Part 9, Question 23);
- documentation and explanation for the following items:
    - Schedule J
        - Line 6c – Telephone, cell phone, Internet, satellite, and cable services $ 850.00;
        - Line 7. Food and housekeeping supplies $ 3,097.40
        - Line 15c – Vehicle insurance;
        - Line 17a – Vehicle installment payment $640.00;
        - Line 17b – Vehicle installment payment $600.00;

7. The United States Trustee requested a response to the initial inquiry no later than April 19, 2022.

8. As of April 7, 2022, the counsel for the Debtors provided an incomplete response.

9. On April 25, 2022 United States Trustee made a second request to counsel for the Debtors to supply the 2021 federal and state income tax returns with all schedules, statements, w-2s, 1099s, k-1s, etc., FIRST BANK account (accounts ending 5096, 5420, and 4317), and statements for all of the Debtors' accounts (personal, business, checking, savings, money market, etc.) for the period January 1, 2021 through present, including a check register detailing the check number, date, payee, amount, and purpose of payment and an explanation for all deposits which are not self-explanatory (i.e. payroll direct deposit) and documentation of the expenses on Schedule J outlined *supra*.

10. On June 21, 2022 the United States Trustee made a third request to counsel for the Debtors to supply the outstanding documentation *supra*.

11. To date, counsel for the Debtors has failed to provide a complete response to the United States Trustee inquiry.

12. Without all of the requested documents and information, the United States Trustee is unable to complete her review of Debtors' case.

**Citation of Authority in Support of Motion**

13. Bankruptcy Code section 707(a) provides, in pertinent part, that, after notice and a hearing, the Court may dismiss a case for cause, including unreasonable delay by the debtor that is prejudicial to creditors, nonpayment of bankruptcy fees, and failure to file certain schedules and statements required under section 521.

14. The grounds for dismissal listed in section 707(a) are not exclusive. *See* 11 U.S.C. § 102(3) (term "including" is not limiting). *See also*, Legislative History ("These causes are not exhaustive but merely illustrative.").

15. The United States Trustee is not required to speculate as to Debtor's financial

history or condition nor to reconstruct Debtor's financial records and affairs. *In re Juzwiak*, 89 F.3d 424, at 427-428 (7th Cir. 1996). Section 727(a) requires Debtor to produce, when called upon, written information concerning her financial affairs that is accurate and useful in tracing Debtor's financial history during the period preceding the bankruptcy.

16. Debtor's failure to submit necessary documents and information constitutes cause for dismissal of this case. *See, generally*, *In re Ventura*, 375 B.R. 103 (Bankr. E.D. NY. 2007).

**WHEREFORE**, the United States Trustee respectfully requests the Court dismiss this case for cause pursuant to Bankruptcy Code section 707(a).

> MARY IDA TOWNSON
> UNITED STATES TRUSTEE
> REGION 21
>
> /s/
> _____
> Vanessa A. Leo
> Georgia Bar No. 410598
> United States Department of Justice
> Office of the United States Trustee
> 362 Richard B. Russell Building
> 75 Ted Turner Drive, SW
> Atlanta, Georgia 30303
> (202) 567-1504

# CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Notice of Motion, Deadline to Object, and Motion to Dismiss Case for Cause* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program or by first class mail as indicated below:

Kimberly E. Hall    khall104@aol.com, shirleyvarnado@att.net;spygirl104@aol.com
Vanessa A. Leo    ustpregion21.at.ecf@usdoj.gov, Vanessa.A.Leo@usdoj.gov
Tracey L. Montz    traceymontz@yahoo.com, tlm@trustesolutions.net
Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
Dan Saeger    dan@whitfieldcountylaw.com, G64511@notify.cincompass.com

I further certify that on this day, I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties at the address shown for each.

Felix Santana Cordova
3076 Dogwood Valley Rd
Tunnel Hill, GA 30755-7902

Krista Renee Cordova
3076 Dogwood Valley Rd
Tunnel Hill, GA 30755-7902

Dated: June 27, 2022

/s/
Vanessa A. Leo
Georgia Bar No. 410598
Trial Attorney
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(205) 567-1504