**UNITED STATES BANKRUPTCY COURT**

For The Northern District of Georgia

| | |
|---|---|
| In Re: Debtor(s)<br>**Felix Santana Cordova**<br>3076 Dogwood Valley Rd<br>Tunnel Hill, GA 30755–7902<br><br>**xxx–xx–8890**<br><br>**Krista Renee Cordova**<br>3076 Dogwood Valley Rd<br>Tunnel Hill, GA 30755–7902<br><br>**xxx–xx–3148** | : Case No.: **22–40271–bem**<br>: Judge: **Barbara Ellis–Monro**<br>: Chapter: **7** |

**Clerk's Notice Re: United States Trustee's Notice of No Means Test Documents Filed**

You are hereby notified that:

The United States Trustee will not be filing a Motion to Dismiss at this point because the debtor has not filed nor transmitted all of the required means testing documents and that without these documents, the United States Trustee cannot make a determination as to whether debtor's case is presumed to be an abuse under 11 U.S.C. §707(b)(2).

Dated:   June 30, 2022

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Form 405