**UNITED STATES BANKRUPTCY COURT**

**For The Northern District of Georgia**

In    Debtor(s)
Re:   **Felix Santana Cordova**                               : Case No.: **22−40271−bem**
      3076 Dogwood Valley Rd                                   : Judge:  **Barbara Ellis−Monro**
      Tunnel Hill, GA 30755−7902                               : Chapter:  **7**

      **xxx−xx−8890**

      **Krista Renee Cordova**
      3076 Dogwood Valley Rd
      Tunnel Hill, GA 30755−7902

      **xxx−xx−3148**

**Clerk's Notice Re: United States Trustee's Notice of No Means Test Documents Filed**

 You are hereby notified that:

      The United States Trustee will not be filing a Motion to Dismiss at this point because the
debtor has not filed nor transmitted all of the required means testing documents and that without
these documents, the United States Trustee cannot make a determination as to whether debtor's
case is presumed to be an abuse under 11 U.S.C. §707(b)(2).

Dated:   June 30, 2022

_____

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Form 405

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                       Case No. 22-40271-bem

Felix Santana Cordova                                                      Chapter 7

Krista Renee Cordova

    Debtors

# CERTIFICATE OF NOTICE

District/off: 113E-6                          User: bncadmin                                   Page 1 of 2

Date Rcvd: Jun 30, 2022                    Form ID: 405                                 Total Noticed: 26

The following symbols are used throughout this certificate:

**Symbol**         **Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jtdb | | Felix Santana Cordova, Krista Renee Cordova, 3076 Dogwood Valley Rd, Tunnel Hill, GA 30755-7902 |
| 23773924 | | Action Rentals, 6509 Lee Hwy, Chattanooga, TN 37421-2420 |
| 23773925 | | BCS Building, 9638 E State Highway 21, Bryan, TX 77808-9469 |
| 23773934 | + | Dalton Radiology, 1502 N Thornton Ave, Dalton, GA 30720-3064 |
| 23773940 | + | Kubota Credit Corp, PO Box 2046, Grapevine, TX 76099-2046 |
| 23773941 | | Peoples Finance, 302 N Glenwood Ave, Dalton, GA 30721-3113 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 23773929 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jun 30 2022 20:25:00 | Carmax Auto Finance, 225 Chastain Meadows Ct NW, Kennesaw, GA 30144-5897 |
| 23773930 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 30 2022 20:25:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 23773926 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 30 2022 20:31:18 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |
| 23773927 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 30 2022 20:31:30 | Capital One Bank USA, N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 23773928 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 30 2022 20:31:17 | Capital One/Wal Mart, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 23773931 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 30 2022 20:25:00 | Comenity Capital Bank/My P, PO Box 182120, Columbus, OH 43218-2120 |
| 23773932 | + | Email/Text: BKPT@cfna.com | Jun 30 2022 20:24:00 | Credit First, PO Box 81315, Cleveland, OH 44181-0315 |
| 23773933 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 30 2022 20:31:19 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 23773935 | | Email/Text: mrdiscen@discover.com | Jun 30 2022 20:24:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 23773936 | | Email/Text: bankruptcy@first-heritage.com | Jun 30 2022 20:25:00 | First Heritage Credit, 6231 Lee Hwy Ste 115, Chattanooga, TN 37421-3009 |
| 23773937 | | Email/Text: hfbk@heightsfinance.com | Jun 30 2022 20:25:00 | Heights Finance Cor, PO Box 1947, Greenville, SC 29602-1947 |
| 23773938 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 30 2022 20:25:00 | Kay Jewelers, PO Box 4485, Beaverton, OR 97076-4485 |
| 23773939 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 30 2022 20:24:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 23774454 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 30 2022 20:31:32 | PRA Receivables Management, LLC, PO Box |

District/off: 113E-6                          User: bncadmin                                    Page 2 of 2

Date Rcvd: Jun 30, 2022                       Form ID: 405                                    Total Noticed: 26

| | | | | 41021, Norfolk, VA 23541-1021 |
|---|---|---|---|---|
| 23773942 | | Email/Text: bankruptcy@republicfinance.com | Jun 30 2022 20:25:00 | Republic Finance, LLC, 1100 E Walnut Ave Ste 5, Dalton, GA 30721-4171 |
| 23773944 | | Email/PDF: gecsedi@recoverycorp.com | Jun 30 2022 20:31:30 | Syncb/Ashley Homestores, PO Box 965036, Orlando, FL 32896-5036 |
| 23773945 | + | Email/Text: bncmail@w-legal.com | Jun 30 2022 20:25:00 | TD Bank USA/Target, PO Box 1470, Minneapolis, MN 55440-1470 |
| 23773943 | | Email/Text: sw.bankruptcy@sherwin.com | Jun 30 2022 20:24:00 | Sherwin Williams, 101 W Prospect Ave, Cleveland, OH 44115-1093 |
| 23773946 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 30 2022 20:25:00 | The Bank of Missouri, PO Box 4499, Beaverton, OR 97076-4499 |
| 23773947 | | Email/Text: bnc-bluestem@quantum3group.com | Jun 30 2022 20:25:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dan Saeger | on behalf of Debtor Felix Santana Cordova dan@whitfieldcountylaw.com  G64511@notify.cincompass.com |
| Dan Saeger | on behalf of Joint Debtor Krista Renee Cordova dan@whitfieldcountylaw.com  G64511@notify.cincompass.com |
| Kimberly E. Hall | on behalf of Creditor REPUBLIC FINANCE  LLC khall104@aol.com, shirleyvarnado@att.net;spygirl104@aol.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| Tracey L. Montz | traceymontz@yahoo.com  tlm@trustesolutions.net |
| Vanessa A. Leo | on behalf of U.S. Trustee Office of the United States Trustee ustpregion21.at.ecf@usdoj.gov  Vanessa.A.Leo@usdoj.gov |

TOTAL: 6