**IT IS ORDERED as set forth below:**



**Date: July 15, 2022**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| FELIX SANTANA CORDOVA, and | : | CASE NO. 22-40271- BEM |
| KRISTA RENEE CORDOVA, | : | |
| | : | |
| DEBTOR. | : | |
| MARY IDA TOWNSON | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT. | : | |
| -vs- | : | CONTESTED MATTER |
| | : | |
| FELIX SANTANA CORDOVA, and | : | |
| KRISTA RENEE CORDOVA, | : | |
| | : | |
| RESPONDENT. | : | |

## ORDER GRANTING EXTENSION OF DEADLINES

The United States Trustee filed a Motion for Extension of Time to File a Motion to Dismiss Pursuant to 11 U.S.C. § 707 and an Objection to Discharge Pursuant to 11 U.S.C. § 727 of the Bankruptcy Code on June 21, 2022 (the "Motion").  [Dkt. No. 21]

Notice of the opportunity to object and for hearing was provided pursuant to the procedures of General Order 24-2018; no objection to the motion was filed prior to the objection deadline; and the court has considered the Motion and all other matters of record, including the lack of objection to the Motion. Based on the foregoing, and no further notice or hearing being required, the Court finds that good cause exists to grant the relief requested in the Motion. Accordingly, it is hereby

**ORDERED** that the Motion is *granted*: the deadlines for filing a motion under section 707 and a complaint under section 727 are extended through September 21, 2022. It is further

**ORDERED** that, in the event this case is converted to chapter 13 and later reconverted to chapter 7, the deadline for the United States Trustee to file a motion to dismiss pursuant to section 707(b) shall be the date that is 90 days after entry of the order reconverting the case to chapter 7.

**[END OF DOCUMENT]**

Order prepared and submitted by:

_____/s/_____
Vanessa A. Leo
Georgia Bar No. 410598
Trial Attorney
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
(404) 331-4437
Vanessa.A.Leo@usdoj.gov

# DISTRIBUTION LIST

Felix Santana Cordova
3076 Dogwood Valley Rd
Tunnel Hill, GA 30755-7902

Krista Renee Cordova
3076 Dogwood Valley Rd
Tunnel Hill, GA 30755-7902

Dan Saeger
Saeger & Associates, LLC
Suite D
706 S Thornton Ave
Dalton, GA 30720

Tracey L. Montz
Chapter 7 Trustee
Suite 108-#406
2146 Roswell Road
Marietta, GA 30062-3813

Vanessa A. Leo
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive SW
Atlanta, GA 30303