```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ROME DIVISION
```

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING CONFIRMATION HEARING**

```
CASE NO.   R22-40271-BEM           ELLIS-MONRO, JUDGE
DEBTOR(S): FELIX S. CORDOVA        DATE:  DECEMBER 21, 2022
           KRISTA R. CORDOVA

        SONYA BUCKLEY GORDON TO REPORT BACK IN 10 DAYS

        WHETHER DEBTOR'S PLAN PAYMENTS CURRENT.


        THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND

        RECOMMENDS AGAINST CONFIRMATION OF THE PLAN BECAUSE:
        DEBTOR'S PLAN PAYMENTS REMAIN DELINQUENT
        PLEASE ENTER AN ORDER OF DISMISSAL.


        January 24, 2023


                                    _____/s_____
                                    Sonya Buckley Gordon, Esq.
                                    for Chapter 13 Trustee
                                    GA. Bar No. 140987
```

```
K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, Georgia 30303
404-525-1110
```

R22-40271-BEM

**CERTIFICATE OF SERVICE**

This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

FELIX S. CORDOVA
3076 DOGWOOD VALLEY RD
TUNNEL HILL, GA 30755-7902

KRISTA R. CORDOVA
3076 DOGWOOD VALLEY RD
TUNNEL HILL, GA 30755-7902

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES


This ____ day of January, 2023


_____/s/_____
Sonya Buckley Gordon, Esq.
for Chapter 13 Trustee
GA Bar No. 140987




K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, Georgia 30303
404-525-1110